UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| JONIKKA Q. RAINES | ) |
| Plaintiff, | ) CASE NO. 19 Cv-5828 |
| | ) Honorable Judge Virginia M. Kendall |
| V. | ) Presiding Magistrate |
| CORNELIUS RAINES | ) **JURY TRIAL DEMANDED** |
| ANGELA RAINES | ) |
| Defendants | ) |
| | ) |

**PLAINTIFF"S FIRST CORRECTED AMENDED COMPLAINT**

**NOW COMES** Plaintiff, Jonikka Q. Raines, ("Pro-se") for her First corrected Amended Complaint and complains ("hereinafter Plaintiff ") of Defendants Cornelius Raines and Angela Raines ("hereinafter Raines"). In support Ms. Raines states as follows:

**STATEMENT OF THE CASE**

1 This action is before this Court to remedy the Defendants for unlawful withholding funds that she rightfully belong to her from her decease Mother to her kids. Plaintiff seeks injunctive, monetary damages for Intentional Infliction of Emotional Distress and any other appropriate legal and equitable relief.

**JURISDICTION AND VENUE**

2. Plaintiff is a citizen of the United States and resident of the State of Illinois at all times pertinent to this complaint she resided in the Northern District of Illinois.

3. Jurisdiction and Venue is proper in this Court District Court for the Northern District of Illinois, Eastern Division is based upon 28 U.S.C. section 1332, as the amount controversy, interest and costs exceeds seventy five thousand ("75.000.00") dollars and also diversity of Citizen exists because the parties are in different states.

4. Jurisdiction is specifically conferred on this Court pursuant to 28 U.S.C. 1331, as well as supplemental jurisdiction pursuant to 28 U.S.C. 1337.

5. The acts complained of herein primarily occurred within Cook County, Illinois, thus venue is proper in this Court.

**PARTIES**

6. Plaintiff is an African American woman who resides at 3906 West Monroe in the City of Chicago, Cook County State of Illinois 60624

7. Defendant Cornelius is an African American Black who resides at 7519 Rieden in City of Missouri, State of Texas 77489.

8. Defendant Angela Raines is an African American Black who resides at 7519 Rieden Dr., in the city of Missouri City, State of Texas 77489.

**FACTS COMMON TO ALL COUNTS**

9. Before the death of Plaintiff mother Mrs. Carrie Raines, she up a bank account for all her children.

10. Thereafter Aurelius Raines sent half of the money to Cornelius and Angela Raines to hold until after the death of my father Herman K. Raines, at which time it was to be distributed between her children Jonikka Adrian and Cornelius Raines.

11. My father Herman K. Raines on numerous occasions discussed this matter with his children prior to his death of their father.

12. That My mother Mrs. Carrie Raines remaining six (6) children, Jonikka Q. Raines, Ray Raines, Aurelius Raines, Cornelius Raines, Adrian Raines, and James were to receive the monies from her saving account.

13. Defendant, Cornelius failed and refused to turnover jonikka's share of the money.

14. Plaintiff, Jonikka Q. Raines did not receive her fair share of the money, but defendant, Cornelius Raines stated I bought you a home, without my permission but subsequently lost the home and left me with nothing coming.

15. That Plaintiff, Jonikka Q. Raines, never signed any documents about the said home nor did she have any knowledge of when by brother Cornelius Raines purchases a home must less for plaintiff. Furthermore, the alleged address is 7623 Rieden Missouri City Texas 77489.

16. That Defendant Cornelius Raines, states he lost the home in which was untrue, But In fact Cornelius sold the property and made a profit taking everything of plaintiff. Plaintiff call the Defendant Cornelius made a demand that defendant turnover monies due to plaintiff Jonikka Q. Raines that her mother left for her in an amount of $ 35, 000.00 plus interest.

17. As a result of the misrepresentation fraudulent that the defendant Cornelius has committed to plaintiff Jonikka Q. Raines that the property was lost that the plaintiff suffered harm was done with the intention to cause emotional Distress to Plaintiff.

**WHEREFORE**, Plaintiff demands judgment against the Defendants Cornelius Raines and Angela Raines jointly and severally for compensatory, and other just and proper relief.

## COUNT III INFLICTION INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

18. Plaintiff restates and re-alleges paragraphs 1-17 as paragraph 18, the same as if fully set forth herein.

19. Defendants Cornelius Raines and Angela conduct as described above was done with the intention to cause emotional distress to Plaintiff Jonikka Q. Raines or was done recklessly in deliberate disregard of a high degree of probability that emotional distress would result from said actions.

As a result of Defendant's conduct Plaintiff suffered actual damages due to the severe and extreme emotional distress experienced in the following ways: Plaintiff was homeless for numerous months., Plaintiff suffered extreme distress because she was embarrassed and humiliated, She constantly cries, is unable to relax

and continues to have difficulty sleeping .

21. Defendant's acted intentionally or recklessly and that conduct cause serve emotional distress .

22. That that Defendant's conduct to cause or recklessly or consciously disregarded the probability of causing emotional distress.

23 Defendant 's extreme and outrageous conduct that it goes beyond all possible bounds of decency as described above was actual and proximate cause of Plaintiff's emotional distress .

**WHEREFORE** , Plaintiff , demands judgment against the Defendants Cornelius Raines and Angela Raines Jointly and severally for compensatory and any other amount as shall represent fair and just compensation .

Respectfully submitted

**PLAINTIFF DEMAND BY JURY**

By *Jonikha Q. Rainier*

Jonikka Q. Raines

Jonikka Q. Raines
3906 West Monroe Street
Chicago, Illinois 60624
(312) 978-7492

## CERTIFICATE OF SERVICE

_____

The undersigned , Jonikka Q. Raines, certify that I served a copy of this Notice along with Plaintiff's attached First Corrected Amended Complaint in the above captioned case on February 14, 2020, before the hour before 5:00 p.m. b causing same to be sent to each Defendants by U.S. Post Office Pre-paid Certified Mail.

*Jonikka Q. Raines*

Jonikka Q Raines

## SERVICE LIST

---

Cornelius Raines

7519 Rieden Dr. Missouri City

Texas 77489


Angela Raines

7519 Rieden Dr. Missouri City

Texas 77489